UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 AUG 30 PM 1:37

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ARJUNA ARREOLA (2), Defendant. | CASE NO. 12CR4478-JLS<br><br>BY_____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

21 USC 952, 960; 18:2 - IMPORTATION OF METHAMPHETAMINE AND COCAINE;

AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 30, 2013

Janis L. Sammartino
U.S. District Judge